**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MELISSA FARRIS**<br><br>**Defendant.** | **Case: 1:26-mj-00140 (MJS)** |

## DEFENDANT'S MOTION TO SHOW CAUSE AS TO WHY THE GOVERNMENT SHOULD NOT BE HELD IN CONTEMPT

Melissa Farris, through counsel, respectfully requests that the Court order the government to show cause as to why it should not be held in contempt. In support of this Motion, counsel states the following.[1]

## BACKGROUND

Ms. Farris is charged in a criminal complaint with willfully injuring or committing a depredation against government property, in violation of 18 U.S.C. §1361 and destruction of a veteran memorial, in violation of 18 U.S.C. §1369, based on conduct that is alleged to occur during an August 13, 2026 incident.

[1] Defense counsel is on scheduled leave on August 18, 2026 but can make himself available for an early virtual hearing if the Court requires.

On August 13, 2026, yellow and red paint was discovered on a portion of the World War II Memorial. In addition, the fountain connected to the Memorial had bubbles inside of it. According to news reports, access to the Memorial was closed late that evening but "by early the following morning, the memorial was cleared of bubbles and graffiti and opened to the public." *World War II Memorial in DC Cleaned, reopened 1 day after it was vandalized; suspect in custody*, Stars and Stripes, https://www.stripes.com/theaters/us/2026-08-14/wwii-memorial-cleaned-suspect-in-custody-vandalized-22550997.html.

A complaint was sworn and an arrest warrant was signed on August 14, 2026. The same day, Ms. Farris self-surrendered in the Eastern District of Virginia and appeared for a Rule 5 hearing. She was held without bond pending an initial appearance in this Court on August 17, 2026.

During the arrest, the government seized Ms. Farris' phone. On August 15, 2026, the defense moved this Court for return of the phone. At the initial appearance on August 17, 2026, the Court addressed the Motion and said it was inclined to grant the Motion short of a circumstance where the government was having difficulty completing its extraction. However, it noted that the warrant for the phone had been signed on Friday. The government represented that the extraction process had already begun. Hearing this, the Court said that it would either deny the Motion as moot when the government returned the phone (by no later than 6pm) or would grant the Motion unless the extraction was not complete. It later issued a Minute Order holding the defense motion in abeyance but requiring: "**By no later than 6:00 PM ET today August 17, 2026, the government shall file a notice advising whether it is presently prepared to return Ms. Farris's phone or, if not, a prompt deadline by which it will intends to do so. SO ORDERED.**"

At approximately 5:23pm, the government emailed the Court stating that the "government intends to file a response in opposition to the defendant's motion for return of property by end of day tomorrow." At 5:55pm, the government filed ECF No. 12, which states: "Because the cell phone was used during the defendant's offenses and the Government intends to introduce the cell phone and its contents at trial, the Government opposes the Defendant's motion to return her phone."

Six o'clock pm has elapsed and the government has yet to comply with the clear and unambiguous Court Order. The Court should thus hold the government in contempt unless the government demonstrates cause as to why it did not abide by the Order. U.S. Constitution, Art.III.S.4.3.

## CONCLUSION

For the foregoing reasons, and for any other reasons that this Court may deem just and proper, Ms. Farris respectfully requests that the Court grant this motion and hold the government in contempt or to immediately order the government to show cause as to why it should not be held in contempt.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500