**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MELISSA FARRIS,**<br><br>**Defendant.** | **Case No. 26-mj-00140** |

# JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through her attorney, respectfully submit this joint status report.

Defense counsel collected the Defendant's cell phone and identification card at approximately 3:00 pm today. Yesterday, defense counsel collected the Defendant's personal belongings. As such, the Government and the Defendant agree that the Defendant's Motion for Return of Property should be denied as moot (Dkt. No. 3).

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Samuel M .Deau*

Samuel M. Deau
Assistant United States Attorney
DC Bar No. 90042268
samuel.deau@usdoj.gov
Phone: 202-803-1643

Charles Klug
D.C. Bar No. 1619775
Assistant United States Attorney
Charles.Klug@usdoj.gov
Phone: 202-730-6872

601 D Street NW
Washington, D.C. 20530

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500